## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case 12-55710 |
| | : | |
| Aaron C. Kniffin | : | Chapter 13 |
| | : | |
| Debtor | : | Judge John E. Hoffman Jr. |

### NOTICE OF DEBTOR'S CHANGE OF ADDRESS

**NOW COMES** Debtor Aaron C. Kniffin, through counsel, and provides notice, pursuant to Federal Rule of Bankruptcy Procedure 4002(5) and Local Bankruptcy Rule 4002-2, that his address has changed as follows:

New Address:     5415 Spinaker Lane
Gainesville, GA 30504

Respectfully submitted,
/s/ Carl N. Cottone
Carl N. Cottone (0075890)
Attorney for Debtor
6238 Albany Way Drive
Westerville, Ohio 43081
614- 395 8478

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was electronically served upon the parties listed below on the 28th day of April 2016.

| Office of The U.S. Trustee 170 North High Street, #200 Columbus, OH 43215 | Office of The Chapter 13 Trustee 10 West Broad Street, Suite 900 Columbus, OH 43215-3449 | Aaron C. Kniffin 5415 Spinaker Lane Gainesville, GA 30504 |
|---|---|---|

/s/ Carl N. Cottone
Carl N. Cottone, Attorney for Debtor